# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TONY E. NOVA,

        Plaintiff,

v.                             CASE NO.  4:18cv250-RH-CAS

JULIE L. JONES et al.,

        Defendant.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 13. No objections have been filed. Upon review,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Southern District of Florida, Miami Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on April 29, 2019.

                          s/Robert L. Hinkle_____
                          United States District Judge